UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 15-558 MRW | Date | April 22, 2016 |
|---|---|---|---|
| Title | Shanghai Tongmao v. TMAX Digital | | |

Present: The Honorable  Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**    ORDER TO SHOW CAUSE

The parties did not respond to the Court's February 2016 order regarding the intended settlement of this action. (Docket # 39.) To date, the parties have not informed the Court about the continued procedural posture of the case.

Therefore, Plaintiff is ordered to show cause why this action should not be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41. Plaintiff may discharge this OSC by filing a notice of dismissal or other informative submission by May 6.