William K. Enger (SBN 143808)
**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**
555 S. Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:  (213) 443-5100
Facsimile:   (213) 443-5101
Emails:        William.Enger@wilsonelser.com

Attorneys for Plaintiff
SHANGHAI TONGMAO INTERNATIONAL
SUPPLY CHAIN MANAGEMENT CO., LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANGHAI TONGMAO INTERNATIONAL SUPPLY CHAIN MANAGEMENT CO., LTD.,<br><br>        Plaintiff,<br><br>v.<br><br>TMAX DIGITAL INC., and DOES 1 through 10<br>        Defendant(s) | Case No. 5:15-cv-558-MRW<br><br>*Referred for settlement proceedings to Magistrate Judge MacKinnon*<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL** |

The Parties having submitted a Notice of Settlement on February 5, 2016, the Court hereby orders as follows:

The matter is dismissed. The Court will retain jurisdiction over the above-captioned matter pending completion of settlement terms, but no later than October 1, 2016.

Dated: May 3, 2016                    _____
                                       Hon. Michael R. Wilner